**[Dntchrga]** [District Notice of Preliminary Hearing or Status Conference (AP)]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                    Case No.
                                                          Chapter

       Debtor*       /

Southstar Capital Group, I, LLC

Cottington Road TIC, LLC
Durban Road TIC, LLC

      Plaintiff*

vs.                                                       Adv. Pro. No. 6:19−mp−00001−KSJ

1662 Multifamily LLC

Hines 1662 Mulitfamily, LLC, et al.

      Defendant*    /

## NOTICE OF PRELIMINARY HEARING

    NOTICE IS GIVEN THAT:

1. A preliminary hearing in this proceeding will be held on February 13, 2019 , at 02:45 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 on the following matter:

Motion to Transfer Venue , (Document No. 2 ) Urban Oaks Builders, LLC

2. The Court may continue this hearing upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Parties are reminded to comply with all requirements of Local Rule 7001−1.

5. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

|  |  |
|---|---|
| Dated: January 10, 2019 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.