ORDERED.

**Dated:  February 06, 2019**

Karen S. Jennemann
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| Southstar Capital Group, I, LLC | )   Adv. Pro. No. 6:19-mp-00001-KSJ |
|  | ) |
| Cottington Road TIC, LLC | ) |
| Durban Road TIC, LLC, | ) |
|  | ) |
| *Plaintiff*, | ) |
|  | ) |
| v. | ) |
|  | ) |
| 1662 Multifamily LLC | ) |
|  | ) |
| Hines 1662 Multifamily, LLC, et al., | ) |
|  | ) |
| *Defendant*. | ) |

## ORDER GRANTING MOTION OF MATTHEW OKIN TO PRACTICE *PRO HAC VICE*, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT

THIS CASE came on for consideration, without hearing, on the Motion to Appear *Pro Hac Vice* (Doc. No. 13, the "Motion") of attorney Matthew Okin for representation of Defendant Urban Oaks Builders, LLC.  Accordingly it is

**ORDERED:**

1.      The Motion is GRANTED;

2.      Subject to Local Rule 2090-1, Attorney Matthew Okin ("Attorney") is admitted to appear before this Court in this case and any related proceeding as counsel for Defendant, Urban Oaks Builders, LLC;

3.      Within fourteen days from the date of this Order, Attorney shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of this Order. Upon payment of the fee, Attorney shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

4.      Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is direct to issue Attorney a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings.  CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov.  PACER accounts required for viewing, must be set up by the Attorney through PACER at http://www.pacer.gov.

Attorney, Scott Richards, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.

116694697.1