UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Miscellaneous Proceeding 6:19-mp-00001-KSJ

District Court Case No. 6:18-cv-01453

SOUTHSTAR CAPITAL GROUP, I, LLC et al.,

    Plaintiff(s)

vs.

1662 MULTIFAMILY LLC, et al.,

    Defendant(s)

### TRANSMITTAL OF MOTION FOR LEAVE TO APPEAL

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

Motion for Leave to Appeal filed by Southstar Capital Group, I, LLC (Doc. No. 30) on May 21, 2019, and the Amended Notice of Appeal filed by Southstar Capital Group, I, LLC (Doc. No. 32) on May 22, 2019. Response to Plaintiff's Motion for Leave to Appeal and Motion to Dismiss Plantiffs' Appeal (Doc. No. 37) on June 4, 2019l

Title of the order appealed, Order Granting Motion to Transfer and Denying Motion for Remand (Doc. No. 26) entered on May 7, 2019.

The party or parties included in the appeal to the District Court are:

APPELLANT: Southstar Capital Group, I, LLC
    ATTORNEY: Matthew I Kramer
        255 South Orange Avenue, Suite 1260
        Orlando, Florida 32801
        Phone: 407.734.7000

APPELLEE:   1662 Multifamily LLC, et al.,

    ATTORNEY: Jason A. Perkins, Esq.
        450 S. Orange Avenue
        Orlando, Florida 32801-3370
        Phone: 407.244.8250

ADDITIONAL PARTIES IN INTEREST INCLUDE:

>Joseph A. Colagiovanni
>Katherine A. Brooker
>One Shell Plaza
>910 Louisiana
>Houston, Texas 77002
>Telephone: 713.229.1222

>Omar J. Alaniz
>2001 Ross Avenue, Suite 900
>Dallas, Texas 75201
>Telephone: 214.953.6593

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Motion for Leave to Appeal
- Amended Notice of Appeal
- Response to Plaintiff's Motion for Leave to Appeal and Motion to Dismiss Plaintiff's Appeal

DATED on June 10, 2019.

>FOR THE COURT
>Sheryl L. Loesch ,
>Clerk of Court
>George C. Young
>Federal Courthouse
>400 West
>Washington Street
>Suite 5100
>Orlando, FL 32801