UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                  Miscellaneous Proceeding

                                                                        Case No. 6:19-mp-00001-KSJ

Southstar Capital Group, I, LLC et al.,                                 District Court Case No. 6:18-cv-01453

        Plaintiff(s)

vs.

1662 Multifamily LLC, et al.,

        _____Defendant(s)_____/

## TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this miscellaneous proceeding.

Notice of Appeal filed by Southstar Capital Group, I, LLC on May 21, 2019, (Doc. No. 28)
Title of the order appealed is Order Granting Motion to Transfer and Denying Motion for Remand (Doc. No. 26) entered on May 7, 2019.

The party or parties included in the appeal to the District Court are:

APPELLANT: Southstar Capital Group, I, LLC et al.,
ATTORNEY:
        Matthew I Kramer
        255 South Orange Avenue, Suite 1260
        Orlando, Florida 32801
        Phone: 407.734.7000

APPELLEE: 1662 Multifamily, LLC et al.,
ATTORNEY:

        Jason A. Perkins, Esq.
        450 S. Orange Avenue
        Orlando, Florida 32801-3370
        Phone: 407.244.8250

ADDITIONAL PARTIES IN INTEREST INCLUDE:

Joseph A. Colagiovanni
Katherine A. Brooker
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1222

Omar J. Alaniz
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: 214.953.6593

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Notice of Appeal
- Amended Notice of Appeal
- Copy of the miscellaneous proceeding docket
- Pleadings and other papers designated by the parties
- Copy of the order appealed

DATED on August 16, 2019.

                    FOR THE COURT

                    Sheryl L. Loesch , Clerk of Court
                    George C. Young Federal Courthouse
                    400 West Washington Street
                    Suite 5100
                    Orlando, FL 32801